# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

XZEQUIEL MONTALVO,

    Plaintiff,

v.                                Case No: 5:19-cv-303-Oc-30PRL

NEW CENTURY BUFFET OF
CLERMONT INC and WENG HUA
GUANG,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court on the Joint Motion for Approval of Parties' FLSA Settlement Agreement (Doc. 18). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Parties' FLSA Settlement Agreement (Doc. 18) is GRANTED.

2. The Settlement Agreement is APPROVED.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of November, 2019.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record